## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Zakiyyah Najir Mitchell fdba Mitch & Matt LLC, fdba Presidential Vibes LLC, fdba 1B Loading LLC, fdba Franklin Investments LLC | CHAPTER 13 |
| Debtor(s) | BKY. NO. 24-13937 AMC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,



/s/ Denise Carlon
Denise Carlon
07 Nov 2024, 14:43:02, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322