# Earnings Statement

**ADP**

E3A    702130    6502XX    000036297

ICON CLINICAL RESEARCH LLC
731 ARBOR WAY SUITE 100
BLUE BELL, PA 19244
215-616-3000

Period Beginning: 08/25/2024
Period Ending:    09/07/2024
Pay Date:         09/06/2024

ZAKIYYAH MITCHELL
5012 N 15TH ST
PHILADELPHIA PA 19141

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5769.23 | 80.00 | 5,769.23 | 40,384.61 |
| **Gross Pay** | | | **$5,769.23** | 40,384.61 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -946.33 | 6,668.45 |
| Social Security Tax | | -353.07 | 2,482.86 |
| Medicare Tax | | -82.57 | 580.67 |
| PA State Income Tax | | -174.29 | 1,225.69 |
| Philadelphia Income Tax | | -217.78 | 1,522.90 |
| PA SUI Tax | | -4.04 | 28.27 |
| **Other** | | | |
| Dental | | -16.09* | 80.45 |
| Hsa - Employee | | -41.67* | 208.35 |
| Legal Services | | -9.48 | 47.40 |
| Med High Ded | | -29.94* | 149.70 |
| Vision | | -4.24* | 21.20 |
| 401K | | -57.69* | 403.83 |
| **Net Pay** | | **$3,832.04** | |
| Checking1 | | -3,832.04 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 17.31 | 121.17 |
| Hsa Employer | 20.83 | 104.15 |
| Ta 401K Ee-Ytd | 5,769.23 | 40,384.61 |
| 401K Elig Earns | 5,769.23 | 40,384.61 |
| 401K Match | 57.69 | 403.83 |
| Totl Hrs Worked | 80.00 | |
| Ytd 401K Match | | 403.83 |
| Employee Id | | 0158064 |

**Additional Tax Withholding Information**

Taxable Marital Status:
  PA:  Single

* Excluded from federal taxable wages

Your federal taxable wages this period are $5,619.60

© 2000 ADP, Inc.

ICON CLINICAL RESEARCH LLC
731 ARBOR WAY SUITE 100
BLUE BELL, PA 19244
215-616-3000

**Advice number:** 00000362973
**Pay date:** 09/06/2024



| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **ZAKIYYAH MITCHELL** | xxxxxx4373 | xxxx xxxx | $3,832.04 |

**NON-NEGOTIABLE**

# Earnings Statement

ADP

E3A   702130   6502XX    000038675

ICON CLINICAL RESEARCH LLC
731 ARBOR WAY SUITE 100
BLUE BELL, PA 19244
215-616-3000

Period Beginning: 09/08/2024
Period Ending: 09/21/2024
Pay Date: 09/20/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

ZAKIYYAH MITCHELL
5012 N 15TH ST
PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5769.23 | 80.00 | 5,769.23 | 46,153.84 |
| **Gross Pay** | | | **$5,769.23** | 46,153.84 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -946.33 | 7,614.78 |
| Social Security Tax | | -353.06 | 2,835.92 |
| Medicare Tax | | -82.57 | 663.24 |
| PA State Income Tax | | -174.29 | 1,399.98 |
| Philadelphia Income Tax | | -217.78 | 1,740.68 |
| PA SUI Tax | | -4.04 | 32.31 |
| **Other** | | | |
| Dental | | -16.09* | 96.54 |
| Hsa - Employee | | -41.67* | 250.02 |
| Legal Services | | -9.48 | 56.88 |
| Med High Ded | | -29.94* | 179.64 |
| Vision | | -4.24* | 25.44 |
| 401K | | -57.69* | 461.52 |
| **Net Pay** | | **$3,832.05** | |
| Checking1 | | -3,832.05 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 17.31 | 138.48 |
| Hsa Employer | 20.83 | 124.98 |
| Ta 401K Ee-Ytd | 5,769.23 | 46,153.84 |
| 401K Elig Earns | 5,769.23 | 46,153.84 |
| 401K Match | 57.69 | 461.52 |
| Totl Hrs Worked | 80.00 | |
| Ytd 401K Match | | 461.52 |
| Employee Id | | 0158064 |

**Additional Tax Withholding Information**

Taxable Marital Status:
  PA:    Single

* Excluded from federal taxable wages

Your federal taxable wages this period are $5,619.60

© 2000 ADP, Inc.

ICON CLINICAL RESEARCH LLC
731 ARBOR WAY SUITE 100
BLUE BELL, PA 19244
215-616-3000

**Advice number:** 00000383675
Pay date: 09/20/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ZAKIYYAH MITCHELL | xxxxxx4373 | xxxx xxxx | $3,832.05 |

**NON-NEGOTIABLE**

# Earnings Statement

ADP

ICON CLINICAL RESEARCH LLC
731 ARBOR WAY SUITE 100
BLUE BELL, PA 19244
215-616-3000

Period Beginning: 09/22/2024
Period Ending: 10/05/2024
Pay Date: 10/04/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

ZAKIYYAH MITCHELL
5012 N 15TH ST
PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5769.23 | 80.00 | 5,769.23 | 51,923.07 |
| **Gross Pay** | | | **$5,769.23** | 51,923.07 |

Your federal taxable wages this period are $5,619.60

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -946.33 | 8,561.11 |
| | Social Security Tax | -353.07 | 3,188.99 |
| | Medicare Tax | -82.57 | 745.81 |
| | PA State Income Tax | -174.29 | 1,574.27 |
| | Philadelphia Income Tax | -217.78 | 1,958.46 |
| | PA SUI Tax | -4.04 | 36.35 |
| **Other** | | | |
| | Dental | -16.09* | 112.63 |
| | Hsa - Employee | -41.67* | 291.69 |
| | Legal Services | -9.48 | 66.36 |
| | Med High Ded | -29.94* | 209.58 |
| | Vision | -4.24* | 29.68 |
| | 401K | -57.69* | 519.21 |
| **Net Pay** | | **$3,832.04** | |
| Checking1 | | -2,947.04 | |
| Checking2 | | -885.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 17.31 | 155.79 |
| Hsa Employer | 20.83 | 145.81 |
| Ta 401K Ee-Ytd | 5,769.23 | 51,923.07 |
| 401K Elig Earns | 5,769.23 | 51,923.07 |
| 401K Match | 57.69 | 519.21 |
| Totl Hrs Worked | 80.00 | |
| Ytd 401K Match | | 519.21 |
| Employee Id | | 0158064 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

ICON CLINICAL RESEARCH LLC
731 ARBOR WAY SUITE 100
BLUE BELL, PA 19244
215-616-3000

**Advice number:** 00000402948
**Pay date:** 10/04/2024



**Deposited to the account of**
ZAKIYYAH MITCHELL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4373 | xxxx xxxx | $2,947.04 |
| xxxxxxxxxx6316 | xxxx xxxx | $885.00 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ICON CLINICAL RESEARCH LLC
731 ARBOR WAY SUITE 100
BLUE BELL, PA 19422
215-616-3000

Period Beginning:  10/06/2024
Period Ending:     10/19/2024
Pay Date:          10/18/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

ZAKIYYAH MITCHELL
5012 N 15TH ST
PHILADELPHIA PA 19141

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5769.23 | 80.00 | 5,769.23 | 57,692.30 |
| **Gross Pay** | | | **$5,769.23** | 57,692.30 |

**Deductions**

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -946.33 | 9,507.44 |
| Social Security Tax | -353.06 | 3,542.05 |
| Medicare Tax | -82.57 | 828.38 |
| PA State Income Tax | -174.29 | 1,748.56 |
| Philadelphia Income Tax | -217.00 | 2,175.46 |
| PA SUI Tax | -4.03 | 40.38 |

**Other**

| | | |
|---|---|---|
| Dental | -16.09* | 128.72 |
| Hsa - Employee | -41.67* | 333.36 |
| Legal Services | -9.48 | 75.84 |
| Med High Ded | -29.94* | 239.52 |
| Vision | -4.24* | 33.92 |
| 401K | -57.69* | 576.90 |
| **Net Pay** | | **$3,832.84** |
| Checking1 | -2,832.84 | |
| Checking2 | -1,000.00 | |
| **Net Check** | | **$0.00** |

Your federal taxable wages this period are $5,619.60

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl | 17.31 | 173.10 |
| Ta 401K Ee-Ytd | 5,769.23 | 57,692.30 |
| 401K Elig Earns | 5,769.23 | 57,692.30 |
| 401K Match | 57.69 | 576.90 |
| Hsa Employer | | 145.81 |
| Totl Hrs Worked | 80.00 | |
| Ytd 401K Match | | 576.90 |
| Employee Id | | 0158064 |

**Additional Tax Withholding Information**

Taxable Marital Status:
  PA:  Single

*   * Excluded from federal taxable wages*

© 2000 ADP, Inc.

---

ICON CLINICAL RESEARCH LLC
731 ARBOR WAY SUITE 100
BLUE BELL, PA 19422
215-616-3000

**Advice number:** 00000422948
**Pay date:** 10/18/2024



**Deposited to the account of**
ZAKIYYAH MITCHELL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4373 | xxxx xxxx | $2,832.84 |
| xxxxxxxxxx6316 | xxxx xxxx | $1,000.00 |

**NON-NEGOTIABLE**