United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 24-13937-amc

Zakiyyah Najir Mitchell                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                                  Page 1 of 4
Date Rcvd: Nov 21, 2024                  Form ID: 309I                          Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zakiyyah Najir Mitchell, 5012 N 15th Street, Philadelphia, PA 19141-2213 |
| 14942279 | + | Bluepearl Veterinary, 2950 Busch Lake Blvd., Tampa, FL 33614-1859 |
| 14942287 | + | FCL LLC, 716 E Willow Grove Avenue, Glenside, PA 19038-7906 |
| 14943619 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 14942278 | | bill.com (formerly Divvy), 6220 America Center Drive 100, Alviso, CA 95002 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@fullcircle.mn | Nov 22 2024 00:12:00 | MICHAEL GUY DAVEY, Full Circle Law, 716 East Willow Grove Avenue, Wyndmoor, PA 19038 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Nov 22 2024 00:13:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 22 2024 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Nov 22 2024 05:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 22 2024 00:14:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14942271 | + | EDI: CCS.COM | Nov 22 2024 05:10:00 | ADT, c/o Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 14942274 | + | EDI: ATTWIREBK.COM | Nov 22 2024 05:10:00 | AT&T, PO Box 5074, Carol Stream, IL 60197-5074 |
| 14942273 | | Email/PDF: bncnotices@becket-lee.com | Nov 22 2024 00:16:14 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14942276 | | EDI: BANKAMER | Nov 22 2024 05:04:00 | Bank of America, PO Box 45224, Jacksonville, FL 32232-5224 |
| 14942275 | | EDI: BANKAMER | Nov 22 2024 05:04:00 | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 14946679 | | EDI: BANKAMER | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 21, 2024 | Form ID: 309I | Total Noticed: 40 |

| | | |
|---|---|---|
| | Nov 22 2024 05:04:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14942277 + EDI: TSYS2 | Nov 22 2024 05:10:00 | Barclays, PO Box BOX 8803, Wilmington, DE 19899-8803 |
| 14942280 EDI: CAPITALONE.COM | Nov 22 2024 05:10:00 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14942281 + EDI: CAPONEAUTO.COM | Nov 22 2024 05:10:00 | Capital One Auto, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14942283 EDI: CITICORP | Nov 22 2024 05:10:00 | Citi, PO Box 6062, Sioux Falls, SD 57117 |
| 14942284 + Email/Text: bankruptcy@philapark.org | Nov 22 2024 00:14:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14942285 Email/Text: operationsclerk@easypayfinance.com | Nov 22 2024 00:12:00 | Duvera Billing Services, LLC, dba EasyPay Finance, PO Box 2549, Carlsbad, CA 92018-2549 |
| 14942288 + EDI: USBANKARS.COM | Nov 22 2024 05:10:00 | Fulton Bank, c/o Elan Financial Services, PO Box 6352, Fargo, ND 58125-6352 |
| 14942289 EDI: IRS.COM | Nov 22 2024 05:10:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14942282 EDI: JPMORGANCHASE | Nov 22 2024 05:10:00 | Chase, P.O Box 15298, Wilmington, DE 19850 |
| 14942290 + Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 22 2024 00:14:00 | Key Bank, PO Box 89446, Cleveland, OH 44101-6446 |
| 14945619 Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 00:15:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14942291 Email/Text: EBN@Mohela.com | Nov 22 2024 00:13:00 | Mohela - Dept. of Ed., 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14942292 + EDI: NFCU.COM | Nov 22 2024 05:10:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 14942293 + Email/Text: bankruptcygroup@peco-energy.com | Nov 22 2024 00:13:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14944349 ^ MEBN | Nov 22 2024 00:08:08 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14942294 EDI: PENNDEPTREV | Nov 22 2024 05:10:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14942294 Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2024 00:13:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14942295 + Email/PDF: ebnotices@pnmac.com | Nov 22 2024 00:15:21 | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 950002, Fort Worth, TX 76155-9802 |
| 14942296 ^ MEBN | Nov 22 2024 00:07:57 | Philadelphia Gas Works (PGW), 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14944348 + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 22 2024 00:13:00 | Progressive Corporation, 6300 Wilson Mills Rod, Mayfield Village, OH 44143-2182 |
| 14942297 + Email/Text: bankruptcy@bbandt.com | Nov 22 2024 00:13:00 | Truist Bank, Card Services, PO Box 200, Wilson, NC 27894-0200 |
| 14947665 + Email/Text: bankruptcy@bbandt.com | Nov 22 2024 00:13:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14942286 EDI: USBANKARS.COM | Nov 22 2024 05:10:00 | Elan Financial Services, PO Box 6352, Fargo, ND 58125 |
| 14942298 + Email/Text: megan.harper@phila.gov | Nov 22 2024 00:14:00 | WATER REVENUE BUREAU, Tax & Revenue |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 21, 2024 | Form ID: 309I | Total Noticed: 40 |

| | | Unit, 1401 JFK Blvd 5th Floor, Philadelphia, PA 19102-1663 |
|---|---|---|
| 14942272 | + EDI: GMACFS.COM | |
| | Nov 22 2024 05:04:00 | ally, PO Box 380902, Bloomington, MN 55438-0902 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14942956 | *+ | ADT, c/o Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 14942959 | *+ | AT&T, PO Box 5074, Carol Stream, IL 60197-5074 |
| 14942958 | * | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14942961 | * | Bank of America, PO Box 45224, Jacksonville, FL 32232-5224 |
| 14942960 | * | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 14942962 | *+ | Barclays, PO Box BOX 8803, Wilmington, DE 19899-8803 |
| 14942964 | *+ | Bluepearl Veterinary, 2950 Busch Lake Blvd., Tampa, FL 33614-1859 |
| 14942965 | * | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14942966 | *+ | Capital One Auto, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14942968 | * | Citi, PO Box 6062, Sioux Falls, SD 57117 |
| 14942969 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14942970 | * | Duvera Billing Services, LLC, dba EasyPay Finance, PO Box 2549, Carlsbad, CA 92018-2549 |
| 14942972 | *+ | FCL LLC, 716 E Willow Grove Avenue, Glenside, PA 19038-7906 |
| 14942973 | *+ | Fulton Bank, c/o Elan Financial Services, PO Box 6352, Fargo, ND 58125-6352 |
| 14942974 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14942967 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.O Box 15298, Wilmington, DE 19850 |
| 14942975 | *+ | Key Bank, PO Box 89446, Cleveland, OH 44101-6446 |
| 14942976 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela - Dept. of Ed., 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14942977 | *+ | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 14942978 | *+ | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14942979 | * | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14942980 | *+ | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 950002, Fort Worth, TX 76155-9802 |
| 14942981 | *+ | Philadelphia Gas Works (PGW), 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14942982 | *+ | Truist Bank, Card Services, PO Box 200, Wilson, NC 27894-0200 |
| 14942971 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Elan Financial Services, PO Box 6352, Fargo, ND 58125 |
| 14942983 | *+ | WATER REVENUE BUREAU, Tax & Revenue Unit, 1401 JFK Blvd 5th Floor, Philadelphia, PA 19102-1663 |
| 14942957 | *+ | ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 14942963 | * | bill.com (formerly Divvy), 6220 America Center Drive 100, Alviso, CA 95002 |

TOTAL: 0 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2024             Signature:        /s/Gustava Winters

District/off: 0313-2                     User: admin                                    Page 4 of 4
Date Rcvd: Nov 21, 2024                  Form ID: 309I                                 Total Noticed: 40

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL GUY DAVEY | on behalf of Debtor Zakiyyah Najir Mitchell mike@fullcircle.mn  mgdavey2002@gmail.com |
| REBECCA K. MCDOWELL | on behalf of Creditor KeyBank  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com |
| ROBERT L. SALDUTTI | on behalf of Creditor KeyBank  N.A. rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;pwirth@saldutticollect.com;anovoa@slgcollect.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Zakiyyah Najir Mitchell | Social Security number or ITIN: | xxx–xx–5466 |
| | First Name   Middle Name   Last Name | EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ | |
| | | EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 13   10/31/24 |
| Case number: | 24–13937–amc | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

**10/20**

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Zakiyyah Najir Mitchell | |
| 2. | All other names used in the last 8 years | fdba Mitch & Matt LLC, fdba Presidential Vibes LLC, fdba Franklin Investments LLC, fdba 1B Loading LLC | |
| 3. | Address | 5012 N 15th Street Philadelphia, PA 19141 | |
| 4. | Debtor's attorney Name and address | MICHAEL GUY DAVEY Full Circle Law 716 East Willow Grove Avenue Wyndmoor, PA 19038 | Contact phone 612–234–1551 Email: mike@fullcircle.mn |
| 5. | Bankruptcy trustee Name and address | KENNETH E. WEST Office of the Chapter 13 Standing Trustee 1234 Market Street – Suite 1813 Philadelphia, PA 19107 | Contact phone 215–627–1377 Email: ecfemails@ph13trustee.com |
| 6. | Bankruptcy clerk's office Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M. Contact phone (215)408–2800 Date: 11/21/24 |

**For more information, see page 2**

Debtor  **Zakiyyah Najir Mitchell**                                                          Case number **24–13937–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 10, 2025 at 12:15 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location: The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 362–3661, Enter Meeting ID 224 079 6575, and Passcode 6266025562** For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/11/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/9/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/29/25** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $3080.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on: **1/28/25 at 10:00 AM**, Location: **HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |