Certificate Number: 17082-PAE-DE-039097282

Bankruptcy Case Number: 24-13937



17082-PAE-DE-039097282

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 24, 2024, at 12:13 o'clock PM MST, ZAKIYYAH N MITCHELL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 24, 2024             By:    /s/Orsolya K Lazar

                                      Name:  Orsolya K Lazar

                                      Title: Executive Director