**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Zakiyyah** First Name | **Najir** Middle Name | **Mitchell** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern**       District of **Pennsylvania**

Case number   **24-13937**

☑ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                  12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **5012 N 15th Street**
   Street address, if available, or other description

   **Philadelphia, PA 19141**
   City      State      ZIP Code

   **Philadelphia**
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other **Row house**

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Source of Value: **Zillow**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**   **$227,500.00**
   **Current value of the portion you own?**   **$227,500.00**

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   **Fee Simple**

   ☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ...............→   **$227,500.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

Debtor   **Mitchell, Zakiyyah Najir** _____   Case number *(if known)* **24-13937**

| 3.1 | Make: **Jeep** | Who has an interest in the property? *Check one.* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **Wrangler** | ☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | |
| | Year: **2017** | | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: _____ | ☐ **Check if this is community property** (see instructions) | **$21,431.00**      **$21,431.00** |
| | Other information:<br>**Source of Value: www.kbb.com** | | |

If you own or have more than one, describe here:

| 3.2 | Make: **Honda** | Who has an interest in the property? *Check one.* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **Civic** | ☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | |
| | Year: **2019** | | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: **42000** | ☐ **Check if this is community property** (see instructions) | **$17,463.00**      **$17,463.00** |
| | Other information:<br>**Source of Value: www.kbb.com (owned by Mitch & Matt LLC)** | | |

| 3.3 | Make: **Ford** | Who has an interest in the property? *Check one.* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **F450** | ☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | |
| | Year: **2020** | | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: **22000** | ☐ **Check if this is community property** (see instructions) | **$58,957.00**      **$58,957.00** |
| | Other information:<br>**Source of Value: www.kbb.com** | | |

| 3.4 | Make: **Maserati** | Who has an interest in the property? *Check one.* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **Ghibli** | ☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | |
| | Year: **2016** | | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: _____ | ☐ **Check if this is community property** (see instructions) | **$12,934.00**      **$12,934.00** |
| | Other information:<br>**Source of Value: www.kbb.com (owned by Mitch & Matt LLC)** | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

Debtor **Mitchell, Zakiyyah Najir**     Case number *(if known)* **24-13937**

**4.1**
- Make:
- Model:
- Year:
- Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ............................................... → **$110,785.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware
- ☐ No
- ☑ Yes. Describe. ......... **Household goods and furnishings and appliances**    **$8,000.00**

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- ☐ No
- ☑ Yes. Describe. ......... **See Attached.**    **$2,800.00**

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- ☑ No
- ☐ Yes. Describe. .........

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
- ☑ No
- ☐ Yes. Describe. .........

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
- ☐ No
- ☑ Yes. Describe. ......... **AR-15, ammo, & accessories ($900); 9mm Glock, ammo, & accessories ($600); 38 GX4, ammo, & accessories ($700)**    **$2,200.00**

Debtor **Mitchell, Zakiyyah Najir**   Case number *(if known)* **24-13937**

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. .........

    | Louis Vuitton varsity jacket. Valued at $2,400 (price paid). Wearing apparel | $4,900.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe. .........

    | Misc. costume jewelry | $300.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe. .........

    | 1 Dog. Minimal cash value | $50.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................................................................................... → **$18,250.00**

## Part 4:   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes ................................................................................................................   Cash: ...................   **$62.00**

Debtor  **Mitchell, Zakiyyah Najir**                                        Case number *(if known)* **24-13937**

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes .....................                        Institution name:

    | | | | |
    |---|---|---|---|
    | | 17.1. Checking account: | **Chase Bank** <br> **Account Number: XXXXXXX XXXXXX: 5885** | **$0.00** |
    | | 17.2. Checking account: | **Citizens** <br> **Account Number: XXXXXXX XXXXXX: 4373** | **$3,075.28** |
    | | 17.3. Checking account: | **KeyBank** <br> **Account Number: XXXXXXX XXXXXX: 0996** | **$22.02** |
    | | 17.4. Checking account: | **Police and Fire Federal Credit Union** <br> **Account Number: XXXXXXX XXXXXX: 0151** | **$0.00** |
    | | 17.5. Savings account: | **Navy Federal Credit Union** <br> **Account Number: XXXXXXX XXXXXX: 5893** | **$0.00** |
    | | 17.6. Savings account: | **PennFed Credit Union** <br> **Account Number: XXXXXXX XXXXXX: 8018** | **$11.02** |
    | | 17.7. Savings account: | **Police and Fire Federal Credit union** <br> **Account Number: XXXXXXX XXXXXX: 0151** | **$15.25** |
    | | 17.8. Savings account: | **wealthfront** <br> **Account Number: XXXXXXX XXXXXX: GX1M** | **$1,126.82** |
    | | 17.9. Other financial account: | **CashApp** | **$0.00** |
    | | 17.10. Other financial account: | **Inspira Health Savings Account** <br> **Account Number: XXXXXXX XXXXXX: 9688** | **$296.77** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes .....................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them....................   Name of entity:                                  % of ownership:

Debtor **Mitchell, Zakiyyah Najir**     Case number *(if known)* **24-13937**

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them.................... Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) or similar plan: | **Employer sponsored retirement account** | **$2,400.00** |
    | IRA: | **Fidelity Investments** | **$1,266.91** |

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes ...................... Institution name or individual:

    - Electric:
    - Gas:
    - Heating oil:
    - Security deposit on rental unit:
    - Prepaid rent:
    - Telephone:
    - Water:
    - Rented furniture:
    - Other:

---

Official Form 106A/B      **Schedule A/B: Property**      page **6**

Debtor  **Mitchell, Zakiyyah Najir**     Case number *(if known)* **24-13937**

---

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    - ☑ No
    - ☐ Yes ................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    - ☑ No
    - ☐ Yes ................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - ☑ No
    - ☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - ☑ No
    - ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ☑ No
    - ☐ Yes. Give specific information about them. ...

**Money or property owed to you?**     **Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    - ☐ No
    - ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................
      
      **Income tax refunds (pro-rated)**
      
      Federal: **$500.00**
      State:
      Local:

Debtor **Mitchell, Zakiyyah Najir**      Case number *(if known)* **24-13937**

---

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information. ........

    Alimony:
    Maintenance:
    Support:
    Divorce settlement:
    Property settlement:

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☐ No
    ☑ Yes. Give specific information. ........ **Estimated earned, but unpaid net wages**      **$3,000.00**

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | **Cash value life insurance** | | **$2,400.00** |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☐ No
    ☑ Yes. Give specific information. ........ **Balance on EBT card (SNAP)**      **$21.00**

---

Debtor **Mitchell, Zakiyyah Najir**     Case number *(if known)* **24-13937**

---

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................ → **$14,197.07**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☐ No. Go to Part 6.
    - ☑ Yes. Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    - ☑ No
    - ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ☑ No
    - ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☑ No
    - ☐ Yes. Describe. .........

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**
    - ☐ No
    - ☑ Yes. Describe .......

| Name of entity: | % of ownership: | |
|---|---|---|
| **Debtor's ownership interest in Mitch & Matt LLC, Presidential Vibes LLC, 1B Loading LLC, Franklin Investments LLC, 2_Millionaire_Midsetz LLC, BMS Solutions LLC, RWS LLC, Black Excellence L.L.C., Eagle One Delivery LLC, EZ Rent A Car Services LLC, Maybach Trucking Solutions LLC, and Callie's Kitchen & Catering LLC. None of the entities listed herein operate.** | **100.00%** | **$1.00** |

---

Debtor **Mitchell, Zakiyyah Najir**     Case number *(if known)* **24-13937**

---

43. **Customer lists, mailing lists, or other compilations**
    - ☑ No
    - ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**
        - ☐ No
        - ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**
    - ☐ No
    - ☑ Yes. Give specific information .........

    | | |
    |---|---:|
    | **MITCH & MATT LLC savings account at Navy Federal Credit Union.** | $5.00 |
    | **Presidential Vibes LLC bank accounts at Navy Federal Credit Union (1 checking; 1 savings)** | $19.59 |

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..................................................................................................... →    **$25.59**

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    - ☑ No
    - ☐ Yes .........................

48. **Crops—either growing or harvested**
    - ☑ No
    - ☐ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☑ No
    - ☐ Yes .........................

---

Debtor  **Mitchell, Zakiyyah Najir**        Case number *(if known)* **24-13937**

---

50. **Farm and fishing supplies, chemicals, and feed**
    - ☒ No
    - ☐ Yes ..........................

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☒ No
    - ☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................ → **$0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☒ No
    - ☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................ → **$0.00**

### Part 8: List the Totals of Each Part of this Form

| # | Description | Amount | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................ → | | **$227,500.00** |
| 56. | **Part 2: Total vehicles, line 5** | $110,785.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $18,250.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $14,197.07 | |
| 59. | **Part 5: Total business-related property, line 45** | $25.59 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61. ............ | $143,257.66    Copy personal property total → | + **$143,257.66** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. .................. | | **$370,757.66** |

---

Official Form 106A/B        **Schedule A/B: Property**        page **11**

Debtor **Mitchell, Zakiyyah Najir** _____   Case number *(if known)* **24-13937** _____

|  | Continuation Page | |
|---|---|---|
| **7.** | **Electronics** | |
| | **75" TV ($450); 65" TV ($300); 50" TV ($150); Soundbar ($100)** | **$1,000.00** |
| | **HP Desktop, monitor, accessories ($300); Two 27" Sceptre monitors ($100); HP tablet ($125); HP printer ($75)** | **$600.00** |
| | **Samsung Galaxy S24 Ultra and accessories ($1,000); iPhone 12 and accessories ($200)** | **$1,200.00** |