**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Zakiyyah** | **Najir** | **Mitchell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number **24-13937**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **5012 N 15th Street Philadelphia, PA 19141**<br>Line from *Schedule A/B*: **1.1** | $227,500.00 | ☑ $27,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description: **2017 Jeep Wrangler**<br>Line from *Schedule A/B*: **3.1** | $21,431.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1  **Zakiyyah** **Najir** **Mitchell**                                  Case number *(if known)* **24-13937**
       First Name   Middle Name   Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2019 Honda Civic** <br> Line from Schedule A/B: **3.2** | **$17,463.00** | ☑ **$1.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2020 Ford F450** <br> Line from Schedule A/B: **3.3** | **$58,957.00** | ☑ **$1.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **2016 Maserati Ghibli** <br> Line from Schedule A/B: **3.4** | **$12,934.00** | ☑ **$1.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Household goods and furnishings and appliances** <br> Line from Schedule A/B: **6** | **$8,000.00** | ☑ **$8,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Samsung Galaxy S24 Ultra and accessories ($1,000); iPhone 12 and accessories ($200)** <br> Line from Schedule A/B: **7** | **$1,200.00** | ☑ **$1,200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **75" TV ($450); 65" TV ($300); 50" TV ($150); Soundbar ($100)** <br> Line from Schedule A/B: **7** | **$1,000.00** | ☑ **$1,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| | | |
|---|---|---|
| Debtor 1 | **Zakiyyah**   **Najir**   **Mitchell** | Case number *(if known)* **24-13937** |
| | First Name  Middle Name  Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **HP Desktop, monitor, accessories ($300); Two 27" Sceptre monitors ($100); HP tablet ($125); HP printer ($75)** | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Line from *Schedule A/B*: **7** | | | |
| Brief description: **Wearing apparel** | $2,500.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Line from *Schedule A/B*: **11** | | | |
| Brief description: **Louis Vuitton varsity jacket. Valued at $2,400 (price paid).** | $2,400.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Line from *Schedule A/B*: **11** | | | |
| Brief description: **Misc. costume jewelry** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Line from *Schedule A/B*: **12** | | | |
| Brief description: **1 Dog. Minimal cash value** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Line from *Schedule A/B*: **13** | | | |
| Brief description: **Cash** | $62.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Line from *Schedule A/B*: **16** | | | |
| Brief description: **Chase Bank**<br>**Checking account**<br>**Acct. No.: 5885** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Line from *Schedule A/B*: **17** | | | |
| Brief description: **Citizens**<br>**Checking account**<br>**Acct. No.: 4373** | $3,075.28 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Line from *Schedule A/B*: **17** | | | |

Debtor 1  **Zakiyyah** **Najir** **Mitchell**  Case number *(if known)* **24-13937**
First Name  Middle Name  Last Name

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **wealthfront** Savings account Acct. No.: GX1M Line from *Schedule A/B*: **17** | $1,126.82 | ☑ $1,065.94 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **PennFed Credit Union** Savings account Acct. No.: 8018 Line from *Schedule A/B*: **17** | $11.02 | ☑ $11.02 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Inspira Health Savings Account** Other financial account Acct. No.: 9688 Line from *Schedule A/B*: **17** | $296.77 | ☑ $296.77 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **CashApp** Other financial account Line from *Schedule A/B*: **17** | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **KeyBank** Checking account Acct. No.: 0996 Line from *Schedule A/B*: **17** | $22.02 | ☑ $22.02 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Police and Fire Federal Credit Union** Checking account Acct. No.: 0151 Line from *Schedule A/B*: **17** | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Police and Fire Federal Credit union** Savings account Acct. No.: 0151 Line from *Schedule A/B*: **17** | $15.25 | ☑ $15.25 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1  **Zakiyyah**   **Najir**   **Mitchell**          Case number *(if known)* **24-13937**
First Name     Middle Name     Last Name

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Employer sponsored retirement account** <br> Line from *Schedule A/B*: **21** | **$2,400.00** | ☑ **$2,400.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| Brief description: **Fidelity Investments** <br> Line from *Schedule A/B*: **21** | **$1,266.91** | ☑ **$1,271.04** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| Brief description: **Estimated earned, but unpaid net wages** <br> Line from *Schedule A/B*: **30** | **$3,000.00** | ☑ **$2,250.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **15 U.S.C. § 1673** |
| Brief description: **Cash value life insurance** <br> Line from *Schedule A/B*: **31** | **$2,400.00** | ☑ **$2,400.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |
| Brief description: **Debtor's ownership interest in Mitch & Matt LLC, Presidential Vibes LLC, 1B Loading LLC, Franklin Investments LLC, 2_Millionaire_Midsetz LLC, BMS Solutions LLC, RWS LLC, Black Excellence L.L.C., Eagle One Delivery LLC, EZ Rent A Car Services LLC, Maybach Trucking Solutions LLC, and Callie's Kitchen & Catering LLC. None of the entities listed herein operate.** <br> Line from *Schedule A/B*: **42** | **$1.00** | ☑ **$1.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | **Zakiyyah** | **Najir** | **Mitchell** | Case number *(if known)* **24-13937** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **MITCH & MATT LLC savings account at Navy Federal Credit Union.**<br><br>Line from *Schedule A/B:* **44** | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| Brief description: **Presidential Vibes LLC bank accounts at Navy Federal Credit Union (1 checking; 1 savings)**<br><br>Line from *Schedule A/B:* **44** | $19.59 | ☑ $19.59<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |