*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Zakiyyah Najir Mitchell | ) | Case No. 24–13937–amc |
|   fdba Mitch & Matt LLC | ) | |
|   fdba Presidential Vibes LLC | ) | |
|   fdba Franklin Investments LLC | ) | Chapter: 13 |
|   fdba 1B Loading LLC | ) | |
| | ) | |
|   Debtor(s). | | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 29, 2025                                    For The Court

                                                       Ashely M. Chan
                                                       Chief Judge, United States Bankruptcy Court