United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13937-amc |
| Zakiyyah Najir Mitchell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 30, 2025 | Form ID: 155 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zakiyyah Najir Mitchell, 5012 N 15th Street, Philadelphia, PA 19141-2213 |
| 14942279 | + | Bluepearl Veterinary, 2950 Busch Lake Blvd., Tampa, FL 33614-1859 |
| 14942287 | + | FCL LLC, 716 E Willow Grove Avenue, Glenside, PA 19038-7906 |
| 14943765 | + | KeyBank, N.A., c/o Robert L. Saldutti, Esq., Saldutti Law Group, 1700 Market Street, Suite 1005 Philadelphia PA 19103-3920 |
| 14943770 | + | KeyBank, N.A., c/o Rebecca K. McDowell, Esq., Saldutti Law Group, 1700 Market Street, Suite 1005 Philadelphia PA 19103-3920 |
| 14944347 | + | PENNYMAC LOAN SERVICES, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14943619 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 14942278 | | bill.com (formerly Divvy), 6220 America Center Drive 100, Alviso, CA 95002 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14942271 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 01 2025 00:29:00 | ADT, c/o Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 14943249 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2025 00:35:30 | AIS Portfolio Services, LLC, c/o Amitkumar Sharma, Esq., 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City OK 73118-7901 |
| 14966803 | + | Email/PDF: ebn_ais@aisinfo.com | May 01 2025 00:34:45 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14942274 | + | Email/Text: g17768@att.com | May 01 2025 00:28:00 | AT&T, PO Box 5074, Carol Stream, IL 60197-5074 |
| 14961041 | | Email/Text: bnc@atlasacq.com | May 01 2025 00:28:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14961279 | | Email/Text: bnc@atlasacq.com | May 01 2025 00:28:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666, Attn: Avi Schild |
| 14942909 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2025 01:23:59 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14956383 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2025 00:36:02 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14942273 | | Email/PDF: bncnotices@becket-lee.com | May 01 2025 00:35:37 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14959086 | | Email/PDF: bncnotices@becket-lee.com | May 01 2025 01:10:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14942276 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 01 2025 00:28:00 | Bank of America, PO Box 45224, Jacksonville, FL |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 32232-5224 |
| 14942275 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 01 2025 00:28:00 | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 14946679 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 01 2025 00:28:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14966063 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 01 2025 00:28:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14942277 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 01 2025 00:28:00 | Barclays, PO Box BOX 8803, Wilmington, DE 19899-8803 |
| 14982174 | | Email/Text: megan.harper@phila.gov | May 01 2025 00:29:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14942280 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:36:01 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14942281 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 01 2025 00:36:02 | Capital One Auto, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14945633 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2025 00:35:19 | Capital One Auto Finance, c/o Amitkumar Sharma, Esq., AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 14944756 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2025 00:34:21 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14959389 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2025 01:24:01 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14957120 | + | Email/PDF: ebn_ais@aisinfo.com | May 01 2025 00:34:45 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14942282 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2025 01:08:57 | Chase, P.O Box 15298, Wilmington, DE 19850-5298 |
| 14942283 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2025 00:35:33 | Citi, PO Box 6062, Sioux Falls, SD 57117 |
| 14942284 | + | Email/Text: bankruptcy@philapark.org | May 01 2025 00:29:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14942285 | | Email/Text: operationsclerk@easypayfinance.com | May 01 2025 00:28:00 | Duvera Billing Services, LLC, dba EasyPay Finance, PO Box 2549, Carlsbad, CA 92018-2549 |
| 14942288 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 01 2025 00:29:00 | Fulton Bank, c/o Elan Financial Services, PO Box 6352, Fargo, ND 58125-6352 |
| 14942289 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2025 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14957091 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 01 2025 00:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14942290 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 01 2025 00:29:00 | Key Bank, PO Box 89446, Cleveland, OH 44101-6446 |
| 14950330 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 01 2025 00:29:00 | KeyBank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14945619 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 00:34:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14942291 | | Email/Text: EBN@Mohela.com | May 01 2025 00:28:00 | Mohela - Dept. of Ed., 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14960203 | | Email/Text: EBN@Mohela.com | May 01 2025 00:28:00 | US Department of Education/MOHELA, 633 |

Case 24-13937-amc   Doc 43   Filed 05/02/25   Entered 05/03/25 00:38:40   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: 155 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Spirit Drive, Chesterfield MO 63005 |
| 14942292 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 01 2025 00:29:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 14942293 | + | Email/Text: bankruptcygroup@peco-energy.com | May 01 2025 00:28:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14944288 | | ^ MEBN | May 01 2025 00:21:40 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14944349 | | ^ MEBN | May 01 2025 00:21:58 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14942294 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2025 00:29:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14942295 | + | Email/PDF: ebnotices@pnmac.com | May 01 2025 00:34:36 | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 950002, Fort Worth, TX 76155-9802 |
| 14965063 | + | Email/PDF: ebnotices@pnmac.com | May 01 2025 00:53:30 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14942296 | | ^ MEBN | May 01 2025 00:21:44 | Philadelphia Gas Works (PGW), 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14944348 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 01 2025 00:28:00 | Progressive Corporation, 6300 Wilson Mills Rod, Mayfield Village, OH 44143-2182 |
| 14965149 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 00:53:02 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14942297 | + | Email/Text: bankruptcy@bbandt.com | May 01 2025 00:28:00 | Truist Bank, Card Services, PO Box 200, Wilson, NC 27894-0200 |
| 14947665 | + | Email/Text: bankruptcy@bbandt.com | May 01 2025 00:28:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14959536 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 01 2025 00:29:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14942286 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 01 2025 00:29:00 | Elan Financial Services, PO Box 6352, Fargo, ND 58125 |
| 14942298 | + | Email/Text: megan.harper@phila.gov | May 01 2025 00:29:00 | WATER REVENUE BUREAU, Tax & Revenue Unit, 1401 JFK Blvd 5th Floor, Philadelphia, PA 19102-1663 |
| 14942272 | + | Email/Text: ally@ebn.phinsolutions.com | May 01 2025 00:28:00 | ally, PO Box 380902, Bloomington, MN 55438-0902 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14942956 | *+ | ADT, c/o Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 14942959 | *+ | AT&T, PO Box 5074, Carol Stream, IL 60197-5074 |
| 14963000 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14942958 | * | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14959087 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14959088 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14961380 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14942961 | * | Bank of America, PO Box 45224, Jacksonville, FL 32232-5224 |
| 14942960 | * | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |

| | | |
|---|---|---|
| 14942962 | *+ | Barclays, PO Box BOX 8803, Wilmington, DE 19899-8803 |
| 14942964 | *+ | Bluepearl Veterinary, 2950 Busch Lake Blvd., Tampa, FL 33614-1859 |
| 14942965 | * | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14942966 | *+ | Capital One Auto, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14942967 | *+ | Chase, P.O Box 15298, Wilmington, DE 19850-5298 |
| 14942968 | * | Citi, PO Box 6062, Sioux Falls, SD 57117 |
| 14942969 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14942970 | * | Duvera Billing Services, LLC, dba EasyPay Finance, PO Box 2549, Carlsbad, CA 92018-2549 |
| 14942972 | *+ | FCL LLC, 716 E Willow Grove Avenue, Glenside, PA 19038-7906 |
| 14942973 | *+ | Fulton Bank, c/o Elan Financial Services, PO Box 6352, Fargo, ND 58125-6352 |
| 14942974 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14942975 | *+ | Key Bank, PO Box 89446, Cleveland, OH 44101-6446 |
| 14942976 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela - Dept. of Ed., 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14960204 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 14960022 | *+ | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14942977 | *+ | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 14942978 | *+ | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14942979 | * | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14942980 | *+ | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 950002, Fort Worth, TX 76155-9802 |
| 14942981 | *+ | Philadelphia Gas Works (PGW), 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14942982 | *+ | Truist Bank, Card Services, PO Box 200, Wilson, NC 27894-0200 |
| 14942971 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Elan Financial Services, PO Box 6352, Fargo, ND 58125 |
| 14942983 | *+ | WATER REVENUE BUREAU, Tax & Revenue Unit, 1401 JFK Blvd 5th Floor, Philadelphia, PA 19102-1663 |
| 14942957 | *+ | ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 14942963 | * | bill.com (formerly Divvy), 6220 America Center Drive 100, Alviso, CA 95002 |

TOTAL: 0 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025　　　　　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL GUY DAVEY | on behalf of Debtor Zakiyyah Najir Mitchell mike@fullcircle.mn  mgdavey2002@gmail.com |
| REBECCA K. MCDOWELL | on behalf of Creditor KeyBank  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com |
| ROBERT L. SALDUTTI | on behalf of Creditor KeyBank  N.A. rsaldutti@salduttcollect.com, lmarciano@salduttcollect.com;pwirth@salduttcollect.com;anovoa@slgcollect.com |

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: 155 | Total Noticed: 58 |

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

Form 155 (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Zakiyyah Najir Mitchell ) | Case No. 24−13937−amc |
|    fdba Mitch & Matt LLC ) | |
|    fdba Presidential Vibes LLC ) | |
|    fdba Franklin Investments LLC ) | Chapter: 13 |
|    fdba 1B Loading LLC ) | |
| ) | |
|   Debtor(s). | |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 29, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court