**Clerk of Court**
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107



June 25th, 2025

**Subject:** Request for Verification Procedures Regarding Bankruptcy Reporting

To Whom It May Concern:

I am writing to request clarification regarding a bankruptcy that appears on my credit report, which lists the United States Bankruptcy Court for the Eastern District of Pennsylvania as the data furnisher.

Specifically, I would like to know what procedures were used to verify or confirm the accuracy of this information prior to it being reported to the credit reporting agencies Equifax, TransUnion, and Experian. As you are identified as the source, I am seeking transparency on how this bankruptcy was validated and the role the court may have played in furnishing this information.

I respectfully request a prompt response detailing the verification process or confirming whether your office directly reports to the credit bureaus.

Thank you for your attention to this matter. I look forward to your timely response.

Sincerely,
Zakiyyah Mitchell