## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>Zakiyyah Najir Mitchell,<br><br>Debtor(s). | Bankr. No. 24-13937-amc<br><br>Chapter 13 |
|---|---|

### CERTIFICATE OF SERVICE

I, Michael Davey, certify, that on or about September 16, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. **MOTION TO AVOID JUDICIAL LIEN OF KEY BANK, N. A.**
2. **PROPOSED ORDER**
3. **NOTICE OF MOTION, RESPONSE DEADLINE AND TELEPHONIC OR VIDEO HEARING DATE**

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 09/16/2025  /s/ Michael Davey
Michael Davey, Esq. (331265)
Full Circle Law
716 E. Willow Grove Avenue
Wyndmoor, PA 19038

**Mailing List Exhibit: (Check all that apply. If via e-mail,
include e-mail address. Continue to the next page if necessary.)**

Office of the US Trustee
Robert N.C. Nix Fed. Courthouse
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
US Trustee
Via:   ☒CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐e-mail    ☐Other: _____

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com; philaecf@gmail.com
Bankruptcy Trustee
Via:   ☒CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐e-mail    ☐Other: _____

REBECCA K. MCDOWELL on behalf of Creditor KeyBank, N.A.
rmcdowell@slgcollect.com, pwirth@slgcollect.com; anovoa@slgcollect.com
Attorney for Creditor
Via:   ☒CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail    ☐Other: _____

ROBERT L. SALDUTTI on behalf of Creditor KeyBank, N.A.
rsaldutti@salduticollect.com, lmarciano@salduticollect.com; pwirth@salduticollect.com; anovoa@slgcollect.com
Attorney for Creditor
Via:   ☒CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail    ☐Other: _____

ANY OTHER ENTITIES ON CM/ECF NOTIFICATION SYSTEM
Via:   ☒CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐e-mail    ☐Other: _____

Christopher M. Gorman, Chairman & CEO
KeyBank, N.A.
127 Public Square
Cleveland, OH 44114
Creditor
Via:   ☐CM/ECF    ☐1st Class Mail    ☒Certified Mail    ☐e-mail    ☐Other: _____