United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Zakiyyah Najir Mitchell  
    Debtor

Case No. 24-13937-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 01, 2025      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14960022 | + Email/Text: ext_ebn_inbox@navyfederal.org | Oct 02 2025 03:52:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON  
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST  
    ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL  
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL GUY DAVEY  
    on behalf of Debtor Zakiyyah Najir Mitchell mike@fullcircle.mn  mgdavey2002@gmail.com

REBECCA K. MCDOWELL  
    on behalf of Creditor KeyBank  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 01, 2025 | Form ID: trc | Total Noticed: 1

ROBERT L. SALDUTTI
on behalf of Creditor KeyBank N.A. rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;pwirth@saldutticollect.com;anovoa@slgcollect.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 24-13937-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Zakiyyah Najir Mitchell
5012 N 15th Street
Philadelphia PA 19141

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/01/2025.

Name and Address of Alleged Transferor(s):

Claim No. 24: NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119

Name and Address of Transferee:

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/03/25

Tim McGrath
**CLERK OF THE COURT**