# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　Zakiyyah Mitchell,<br><br>　　　　Debtor(s). | Bankr. No.  24-13937-amc<br><br>Chapter 13 |

　　This matter came before the court on motion of the Debtor to avoid a judicial lien held by KeyBank, N. A. ("Respondent") in personal and/or real property of the Debtor.  The Debtor's real property is located at 5012 N 15th St, Philadelphia, PA 19141, and legally described as:

　　ALL THAT CERTAIN lot or piece of ground with the two story brick messuage or tenement thereon erected.

　　SITUATE on the West side of 15th Street at the distance of Ninety-three feet, Northward from the North side of Ruscomb Street in the 17th (formerly part of the 70th) Ward of the City of Philadelphia.

　　CONTAINING In front or breadth on the said 15th Street, Fifteen feet Six inches and extending of that width In length or depth Westward between parallel lines at right angles with the said 15th Street, Eighty-Six feet Four Inches to a certain Three feet wide alley which extends Northward and Southward from the said Ruscomb Street to Fishers Lane.

　　TOGETHER with the free and common use, right, liberty and privilege of the said Three feet wide alley as and for a passageway and watercourse at all times hereafter, forever.

　　BEING known as No. 5012 North 15th

　　Street. OPA Account Number

　　172055500

　　BEING the same premises which Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, by Deed dated 11/17/2018 and recorded 11/28/2018 in the  Office of the Recorder of Deeds in and for the County of Philadelphia in Document No. 53447171, granted and conveyed unto GV Homes Inc.

## **ORDER**

　　**AND NOW**, upon Motion of the Debtor to Avoid a Judicial Lien Held by KeyBank, N.A. ("Respondent") in personal and/or real property of the Debtor located at 5012 N 15th St, Philadelphia, PA 19141,

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at Philadelphia County Court of Common Pleas docket no. 230701209 on or about April 10, 2024 is subject to partial avoidance pursuant to 11 U.S.C. § 522 (f),

And, Respondent having filed a Limited Objection to the Motion based solely upon the proposed form of order;

And, the parties having come to an agreement to resolve the Limited Objection; now therefore,

It is hereby **ORDERED** that the Motion is **GRANTED.**

It is further **ORDERED**, subject to 11 U.S.C. § 349(b)(1)(C), that the judicial lien held by KeyBank, N. A., if any, in real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED to the extent of $21,318.32 and remains in place to the extent of $8,435.34,** subject to entry of Debtor's discharge in this case.

It is further **ORDERED** that in the event Debtor's case is dismissed without a discharge or Debtor's discharge in this case is denied, then the judicial lien is not avoided.

Dated Nov. 14, 2025

Ashely M. Chan
United States Bankruptcy Judge