United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 24-13937-amc

Zakiyyah Najir Mitchell   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Zakiyyah Najir Mitchell, 5012 N 15th Street, Philadelphia, PA 19141-2213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| ELIZA GARIFULLINA | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. 200 Eagle Road, Bldg 2, Suite 120 Wayne, PA 19087 ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL GUY DAVEY | on behalf of Debtor Zakiyyah Najir Mitchell mike@fullcircle.mn  mgdavey2002@gmail.com |
| REBECCA K. MCDOWELL | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

                on behalf of Creditor KeyBank  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT L. SALDUTTI
                on behalf of Creditor KeyBank  N.A. rsaldutti@salduttticollect.com,
lmarciano@salduttticollect.com;pwirth@salduttticollect.com;anovoa@slgcollect.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>  Zakiyyah Mitchell,<br><br>  Debtor(s). | Bankr. No. 24-13937-amc<br><br>Chapter 13 |

This matter came before the court on motion of the Debtor to avoid a judicial lien held by KeyBank, N. A. ("Respondent") in personal and/or real property of the Debtor. The Debtor's real property is located at 5012 N 15th St, Philadelphia, PA 19141, and legally described as:

> ALL THAT CERTAIN lot or piece of ground with the two story brick messuage or tenement thereon erected.
>
> SITUATE on the West side of 15th Street at the distance of Ninety-three feet, Northward from the North side of Ruscomb Street in the 17th (formerly part of the 70th) Ward of the City of Philadelphia.
>
> CONTAINING In front or breadth on the said 15th Street, Fifteen feet Six inches and extending of that width In length or depth Westward between parallel lines at right angles with the said 15th Street, Eighty-Six feet Four Inches to a certain Three feet wide alley which extends Northward and Southward from the said Ruscomb Street to Fishers Lane.
>
> TOGETHER with the free and common use, right, liberty and privilege of the said Three feet wide alley as and for a passageway and watercourse at all times hereafter, forever.
>
> BEING known as No. 5012 North 15th
>
> Street. OPA Account Number
>
> 172055500
>
> BEING the same premises which Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, by Deed dated 11/17/2018 and recorded 11/28/2018 in the Office of the Recorder of Deeds in and for the County of Philadelphia in Document No. 53447171, granted and conveyed unto GV Homes Inc.

**<u>ORDER</u>**

**AND NOW**, upon Motion of the Debtor to Avoid a Judicial Lien Held by KeyBank, N.A. ("Respondent") in personal and/or real property of the Debtor located at 5012 N 15th St, Philadelphia, PA 19141,

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at Philadelphia County Court of Common Pleas docket no. 230701209 on or about April 10, 2024 is subject to partial avoidance pursuant to 11 U.S.C. § 522 (f),

And, Respondent having filed a Limited Objection to the Motion based solely upon the proposed form of order;

And, the parties having come to an agreement to resolve the Limited Objection; now therefore,

It is hereby **ORDERED** that the Motion is **GRANTED.**

It is further **ORDERED**, subject to 11 U.S.C. § 349(b)(1)(C), that the judicial lien held by KeyBank, N. A., if any, in real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED to the extent of $21,318.32 and remains in place to the extent of $8,435.34,** subject to entry of Debtor's discharge in this case.

It is further **ORDERED** that in the event Debtor's case is dismissed without a discharge or Debtor's discharge in this case is denied, then the judicial lien is not avoided.

Dated Nov. 14, 2025

Ashely M. Chan
United States Bankruptcy Judge