UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Zakiyyah Najir Mitchell, | Bankr. No. 24-13937-amc |
| Debtor(s) | |

DEBTOR'S RESPONSE TO MOTION
FOR RELIEF FROM STAY

Zakiyyah Najir Mitchell, debtor, by and through the undersigned counsel, makes the follow response and answer to Movant's motion for relief from automatic stay:

1. Debtor and Movant are in the process of negotiating an agreed order or stipulation that will address repayment of any post-petition arrears that may be due and owing Movant.

2. On or about November 24, 2025, counsel for the debtor and counsel for Movant exchanged emails regarding getting negotiating an agreed order or stipulation. Counsel for Movant indicated she planned to reach out to the Movant for updated payment history to draft a stipulation.

3. The debtor requests that the court grant the parties additional time to complete the negotiating process.

WHEREFORE, Debtor prays that the movant's motion for relief from automatic stay either be continued to give the parties additional time to negotiate a mutually agreeable resolution of movant's motion, denied, or for such other relief as the Court deems just and equitable.

Respectfully submitted,

 /s/ Michael Davey
Michael Davey (331265)
Full Circle Law
716 E. Willow Grove Avenue
Wyndmoor, PA 19038

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankr. No. 24-13937-amc |
|---|---|
| Zakiyyah Najir Mitchell, | Chapter 13 |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

I, Michael Davey, certify, that on or about December 2, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system: **DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY**.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 12/02/2025                                      /s/ Michael Davey
                                                                  Michael Davey, Esq. (331265)
                                                                  Full Circle Law
                                                                  716 E. Willow Grove Avenue
                                                                  Wyndmoor, PA 19038

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
Office of the US Trustee
Robert N.C. Nix Fed. Courthouse
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
US Trustee
Via:  ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com, philaecf@gmail.com
Bankruptcy Trustee
Via:  ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Capital One Auto Finance, a division of Capital One, N.A.
c/o Eliza Garifullina, Esq.
Orlans Law Group PLLC
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
Email: egarifullina@orlans.com
Attorney for Movant
Via:   ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

ANY OTHER ENTITIES ON CM/ECF NOTIFICATION SYSTEM

Via:   ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____