UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

ZAKIYYAH NAJIR MITCHELL
  DBA  MITCH & MATT LLC
  DBA  PRESIDENTIAL VIBES LLC
  DBA  1B LOADING LLC
  DBA  FRANKLIN INVESTMENTS LLC

Chapter 13
Case No. 24-13937-AMC

        Debtor

CAPITAL ONE AUTO FINANCE, A
DIVISION OF CAPITAL ONE, N.A.

        Movant

v.

ZAKIYYAH NAJIR MITCHELL
  DBA  MITCH & MATT LLC
  DBA  PRESIDENTIAL VIBES LLC
  DBA  1B LOADING LLC
  DBA  FRANKLIN INVESTMENTS LLC
        (Debtor)

KENNETH E. WEST
        (Trustee)

        Respondents

## ORDER

And Now, it is hereby ORDERED that the Stipulation between the parties is approved.

BY THE COURT,

Date:  Dec. 12, 2025

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Judge