UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Zakiyyah Mitchell, | Bankr. No. 24-13937-amc |
| Debtor(s) | |

DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO
DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

Zakiyyah Mitchell, Debtor, by and through the undersigned counsel, makes the follow response and answer to Movant's motion to dismiss:

1. Debtor was laid off from her job in December 2025. Debtor has been actively searching for work, but to date has not found a job and remains unemployed.

2. Debtor believes she will find work within six months and therefore believes amending her plan to temporarily reduce her plan payments to $100 per month for six months is in her best interest.

WHEREFORE, Debtor prays that the Trustee's motion to dismiss is denied, or for such other relief as the Court deems just and equitable.

Respectfully submitted,

/s/ Michael Davey
Michael Davey (331265)
Full Circle Law
716 E. Willow Grove Avenue
Wyndmoor, PA 19038

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Zakiyyah Mitchell, | Bankr. No. 24-13937-amc |
| Debtor(s) | |

### CERTIFICATE OF SERVICE

I, Michael Davey, being duly sworn according to law, deposes and says that I served the <u>DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>, filed on February 5, 2026, upon the following individuals listed below on February 5, 2026:

**Electronically via CM/ECF System:**

Kenneth West
Chapter 13 Trustee
1234 Market Street, Suite #1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
philaecf@gmail.com

Office of the US Trustee
Robert N.C. Nix Fed. Courthouse
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

ANY OTHER ENTITIES ON CM/ECF NOTIFICATION SYSTEM.

Respectfully Submitted,

 /s/ Michael Davey
Michael Davey, Esq. (331265)
Full Circle Law
716 E. Willow Grove Avenue
Wyndmoor, PA 19038