**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Bankr. No. 24-13937-amc** |
| **Zakiyyah Mitchell,** | **Chapter 13** |
| **Debtor(s).** | |

**CERTIFICATE OF SERVICE**

I, Michael Davey, certify, that on or about February 23, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system: **Notice of Motion to Modify Chapter 13 Plan after Confirmation; Motion to Modify Chapter 13 Plan after Confirmation; Chapter 13 Plan (2nd Amended); and Proposed Order**.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 02/23/2026

/s/ Michael Davey
Michael Davey, Esq. (331265)
Full Circle Law
716 E. Willow Grove Avenue
Wyndmoor, PA 19038

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Office of the US Trustee
Robert N.C. Nix Fed. Courthouse
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
US Trustee
Via:  ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Kenneth West
Chapter 13 Trustee
1234 Market Street, Suite #1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
philaecf@gmail.com
ECFMail@ReadingCh13.com
Bankruptcy Trustee
Via:  ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

DENISE ELIZABETH CARLON on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bkgroup@kmllawgroup.com
Via:  ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

MATTHEW K. FISSEL on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
Via:  ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

ELIZA GARIFULLINA on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A. 200
Eagle Road, Bldg 2, Suite 120 Wayne, PA 19087
ANHSOrlans@InfoEx.com
Via:  ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

REBECCA K. MCDOWELL on behalf of Creditor KeyBank, N.A.
rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com
Via:  ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

ROBERT L. SALDUTTI on behalf of Creditor KeyBank, N.A.
rsaldutti@saldutticollect.com,
lmarciano@saldutticollect.com;pwirth@saldutticollect.com;anovoa@slgcollect.com
Via:  ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

ANY OTHER ENTITIES ON CM/ECF NOTIFICATION SYSTEM
Via:  ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

ADT
c/o Credit Collection Services
PO Box 447
Norwood, MA 02062-0447
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

ally
PO Box 380902
Bloomington, MN 55438-0902
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

American Express
PO Box 981535
El Paso, TX 79998-1535
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

AT & T Mobility
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

AT&T
PO Box 5074
Carol Stream, IL 60197-5074
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Bank of America
PO Box 45224
Jacksonville, FL 32232-5224
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Bank of America
PO Box 672050
Dallas, TX 75267-2050
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Barclays
PO Box BOX 8803
Wilmington, DE 19899-8803
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

bill.com (formerly Divvy)
6220 America Center Drive 100
Alviso, CA 95002
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Bluepearl Veterinary
2950 Busch Lake Blvd.
Tampa, FL 33614-1859
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Capital One Auto
P.O. Box 60511
City of Industry, CA 91716-0511
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Capital One Auto Finance
AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City OK 73118-7901
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Chase
P.O Box 15298
Wilmington, DE 19850-5298
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Citi
PO Box 6062
Sioux Falls, SD 57117
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

City of Philadelphia
Parking Violations Branch
PO Box 41819
Philadelphia, PA 19101-1819
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Duvera Billing Services, LLC
dba EasyPay Finance
PO Box 2549
Carlsbad, CA 92018-2549
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Fulton Bank
c/o Elan Financial Services
PO Box 6352
Fargo, ND 58125-6352
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

JPMorgan Chase Bank, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013
Via: ☐CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail ☐Other: _____

Key Bank
PO Box 89446
Cleveland, OH 44101-6446
Via: ☐CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail ☐Other: _____

KeyBank NA
4910 Tiedeman Road
Brooklyn, OH 44144-2338
Via: ☐CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail ☐Other: _____

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Via: ☐CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail ☐Other: _____

MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243
Via: ☐CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail ☐Other: _____

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000
Via: ☐CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail ☐Other: _____

PECO
2301 Market Street
Philadelphia, PA 19103-1380
Via: ☐CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail ☐Other: _____

Penn Medicine
PO Box 824406
Philadelphia, PA 19182-4406
Via: ☐CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail ☐Other: _____

Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946
Via: ☐CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail ☐Other: _____

PennyMac Loan Services
Attn: Correspondence Unit
PO Box 950002
Fort Worth, TX 76155-9802
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020-2410
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Philadelphia Gas Works (PGW)
800 W Montgomery Ave
Philadelphia, PA 19122-2898
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Progressive Corporation
6300 Wilson Mills Rod
Mayfield Village, OH 44143-2182
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Truist Bank
Card Services
PO Box 200
Wilson, NC 27894-0200
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

Truist Bank, Support Services
PO Box 85092
Richmond, VA 23285-5092
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

U.S. Department of Housing and Urban Develop
12th Floor 801 Market Street
Philadelphia, PA 19107
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____

WATER REVENUE BUREAU
Tax & Revenue Unit
1401 JFK Blvd 5th Floor
Philadelphia, PA 19102-1663
Via:  ☐CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail   ☐Other: _____