**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:   ZAKIYYAH NAJIR MITCHELL          :          Chapter 13
                                                                :
                                                                :
                                                                :
                                                                :
                        Debtor(s)          :          Bankruptcy No.  24-13937 AMC


### PRAECIPE TO WITHDRAW


Kindly withdraw the Trustee's Motion to Dismiss Case filed on January 14, 2026. Docket entry #69, #70 and cancel the hearing scheduled for 4/28/2026 at 10:00 AM.


                                                Respectfully submitted,


                                                /s/ Kenneth E. West, Esq

March 31, 2026

                                                Kenneth E. West
                                                Chapter 13 Standing Trustee