**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | Bankr. No.  24-13937-amc |
|---|---|
| Zakiyyah Mitchell, | Chapter 13 |
| Debtor(s). | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

At Philadelphia, Pennsylvania

AND NOW upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. #72, the "Motion");

It is hereby **ordered** that

1. The Motion is **granted**; and

2. The Modified Plan (doc. #73) is **approved**.

Dated  April 1, 2026

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge