United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 24-13937-amc

Zakiyyah Najir Mitchell                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 01, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

**Recip ID                     Recipient Name and Address**
db                        + Zakiyyah Najir Mitchell, 5012 N 15th Street, Philadelphia, PA 19141-2213

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

**Name                          Email Address**

ELIZA GARIFULLINA
                          on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. 200 Eagle Road, Bldg 2, Suite 120 Wayne, PA
                          19087 ANHSOrlans@InfoEx.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                          on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL GUY DAVEY
                          on behalf of Debtor Zakiyyah Najir Mitchell mike@fullcircle.mn  mgdavey2002@gmail.com

REBECCA K. MCDOWELL
                          on behalf of Creditor KeyBank  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

District/off: 0313-2                              User: admin                                              Page 2 of 2

Date Rcvd: Apr 01, 2026                           Form ID: pdf900                                          Total Noticed: 1

ROBERT L. SALDUTTI

on behalf of Creditor KeyBank N.A. rsaldutti@saldutticollect.com,
lmarciano@saldutticollect.com;pwirth@saldutticollect.com;anovoa@slgcollect.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In Re:<br><br>    Zakiyyah Mitchell,<br><br>    Debtor(s). | Bankr. No. 24-13937-amc<br><br>Chapter 13 |

**ORDER GRANTING MOTION TO MODIFY PLAN**

At Philadelphia, Pennsylvania

   AND NOW upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. #72, the "Motion");

   It is hereby **ordered** that

1.    The Motion is **granted**; and

2.    The Modified Plan (doc. #73) is **approved**.

Dated  April 1, 2026

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge